IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**URIAH D. MUELLER**  **PLAINTIFF**
*#92852*

v.  **CASE NO. 4:23-CV-01176-BSM**

**POPE COUNTY DETENTION
CENTER,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE